**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000536
05-JAN-2018
11:01 AM**

NO. CAAP-17-0000536

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GATEWAY BANK, FSB, Plaintiff-Appellee,
v.
HERBERT THOMAS FRIAS; MELISSA N. KALAULI; and
SANDY-LYN U. KANAELE, Defendants-Appellants
and
JOHN DOES 1-10 and JANE DOES 1-10, Defendants.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC-16-1-001005)

ORDER APPROVING THE NOVEMBER 30, 2017
STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of Appeal Filed on June 23, 2017, filed on
November 30, 2017 by Defendants-Appellants Melissa N. Kalauli and
Sandy-Lyn Kanaele (Appellants), the papers in support, and the
records and files herein, it appears that: (1) Appellants and
Plaintiff-Appellee Gateway Bank, FSB stipulate to dismissal of
Appellants' appeal pursuant to HRAP Rules 42(b) with each party
to bear their own attorney's fees and costs.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, the appeal is dismissed, and each party is to bear their own attorney's fees and costs. All pending motions are dismissed.

DATED: Honolulu, Hawai'i, January 5, 2018.

Chief Judge

Associate Judge

Associate Judge